| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com | |

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor(s)

# United States Bankruptcy Court
## Central District of California - Santa Ana Division

In re:

Christian Joseph Wintter

Jakub Stefun Wintter

Debtor(s).

CASE NO.:

CHAPTER: 7

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 01/09/2025        Christian Joseph Wintter        *(signature)*
                        Printed name of Debtor 1          Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 01/09/2025        Jakub Stefun Wintter        *(signature)*
                        Printed name of Debtor 2      Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                   F 1002-1.EMP.INCOME.DEC

```
    EMP #                                              E A R N I N G S    S T A T E M E N T
    10081568
Cost Center: 6100
```

```
Period Beginning:    12-14-2024
Period Ending:       12-27-2024
Check Date:          01-03-2025
Pers. No             10081568
Apple ID:            274627

Jakub S Wintter
3400 Avenue of the Arts
Apt E320
Costa Mesa CA   92626
```

```
Earnings             Rate    Hours/Units    Amount    Year-To-Date
Holiday Pay          34.57      16.00        553.12      553.12
OT Paid - CA         17.29       0.77         13.31
OT Paid - CA         17.31       0.13          2.25       15.56
Regular              34.57      48.00      1,659.36    1,659.36
Overtime             34.57       0.90         31.11       31.11
AHA Reimbursement                             23.08       23.08
Winter Shutdown      34.57      16.00        553.12      553.12
Gross Pay                                  2,835.35    2,835.35

Tax Deductions: Federal
  Withholding Tax                            241.80-     241.80-
  EE Social Security Tax                     162.70-     162.70-
  EE Medicare Tax                             38.05-      38.05-
Tax Deductions: California
  Withholding Tax                            238.53-     238.53-
  EE Voluntary Disabilit                      49.67-      49.67-
Additional Deductions

 *Health Insurance                           138.86-     138.86-
 *Dental Insurance                            28.90-      28.90-
 *Vision                                       1.51-       1.51-
 *LTDI Buy Up                                  3.48-       3.48-
 *Health Savings Account                      19.23-      19.23-
 *Trad 401(k) Contribution  6.00             168.74-     168.74-
  Dependent Life Insurance                     2.04-       2.04-
  Post-Tax Supp Life                           4.38-       4.38-
Total Net Pay                              1,737.46    1,737.46

Total Work Hours for Pay Period               48.90
```

```
Other Benefits and
Information            This Period  Year-to-Date
HSA Apple Contri         1,500.00      1,500.00
EE GTLI Taxable              3.90          3.90
401(k) Apple Mat           168.74        168.74

Quota Summary       Used      Earned    Balance

Vacation            0.00      175.39    175.39
Sick                0.00      299.20    299.20

Payment Method                          Amount

Direct Deposit                           25.00
Direct Deposit                          350.00
Direct Deposit                        1,362.46
```

```
Fed taxable wages-Current       2,455.45
Fed taxable wages-YTD           2,455.45

*Excluded from Federal Taxable Wages
```

```
Apple Inc.
One Apple Park Way
Cupertino              CA  95014        Check Date:01-03-2025
Phone 800-473-7411
```

T H I S   I S   N O T   A   C H E C K

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| | Bank transfer | XXXXX814 | 124085066 | USD | 25.00 |
| | Bank transfer | XXXXX936 | 111000025 | USD | 350.00 |
| | Bank transfer | XXXXX1 | 111900659 | USD | 1,362.46 |

N O N - N E G O T I A B L E

```
    EMP #                                      E A R N I N G S    S T A T E M E N T
    10081568
Cost Center: 6100
```

Period Beginning:    12-14-2024
Period Ending:       12-27-2024
Check Date:          01-03-2025
Pers. No             10081568
Apple ID:            274627

Jakub S Wintter
3400 Avenue of the Arts
Apt E320
Costa Mesa CA   92626

Apple Inc.
One Apple Park Way
Cupertino            CA   95014                Check Date: 01-03-2025
Phone 800-473-7411

T H I S   I S   N O T   A   C H E C K

Deposited to the account of:     Payment Type     Account No.    Bank/Check No.         Amount

N O N - N E G O T I A B L E

```
   EMP #                                            E A R N I N G S     S T A T E M E N T
   10081568
Cost Center: 6100
```

```
Period Beginning:    11-30-2024
Period Ending:       12-13-2024
Check Date:          12-20-2024
Pers. No             10081568
Apple ID:            274627
```

Jakub S Wintter
3400 Avenue of the Arts
Apt E320
Costa Mesa CA   92626

```
Earnings          Rate   Hours/Units   Amount   Year-To-Date
Holiday Pay                                       2,927.68
Vacation                                          5,667.84
Sick Pay                                          2,387.28
Regular          34.57      80.00      2,765.60  56,836.47
Overtime         51.86       1.41         73.12   3,020.40
Double Time                                          38.26
Holiday Worked - 1                                  791.52
Overtime - Holiday                                   14.84
Fitness Reimbursem                                  299.99
AHA Reimbursement                         23.08     600.08
RSU Net Due Employ                                  405.77
Winter Shutdown                                     791.52
Special Time Away                                   829.68
Gross Pay                              2,861.80  74,611.33
Tax Deductions: Federal
  Withholding Tax                       258.88-   7,841.11-
  EE Social Security Tax                165.15-   4,603.87-
  EE Medicare Tax                        38.62-   1,076.71-
Tax Deductions: California
  Withholding Tax                        98.94-   3,169.00-
  EE Voluntary Disabilit                 29.47-     833.63-
Additional Deductions
  *Health Insurance                     125.86-   1,525.12-
  *Dental Insurance                      28.90-     441.32-
  *Vision                                 1.44-      37.44-
  *LTDI Buy Up                            3.48-      87.12-
  *Health Savings Account                19.23-     499.98-
  *Trad 401(k) Contribution 6.00        170.32-   4,398.33-
  RSU Tax Offset                                   1,255.98
  Dependent Life Insurance                1.54-      10.78-
  Post-Tax Supp Life                      3.12-      61.36-
```

```
Other Benefits and
Information           This Period  Year-to-Date
HSA Apple Contri                      1,125.00
RSU Vesting                           3,040.05
RSU Dividend Equ                         24.80
Mobility FICA                         3,064.85
TOTAL Benefit Co                     13,574.96
TOTAL Benefit Co        13,574.96
EE GTLI Taxable              3.90        96.60
Apple Service                            79.99
RSU FICA Exempt                       3,064.85
401(k) Apple Mat           170.32     4,398.33

Quota Summary         Used   Earned   Balance
Vacation              0.00   168.62   168.62
Sick                  0.00   295.50   295.50

Payment Method                         Amount
Direct Deposit                          25.00
Direct Deposit                         350.00
```

```
Fed taxable wages-Current    2,493.39
Fed taxable wages-YTD       69,857.61

*Excluded from Federal Taxable Wages
```

Apple Inc.
One Apple Park Way
Cupertino            CA   95014                    Check Date:12-20-2024
Phone 800-473-7411

T H I S   I S   N O T   A   C H E C K

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| | Bank transfer | XXXXX814 | 124085066 | USD | 25.00 |
| | Bank transfer | XXXXX936 | 111000025 | USD | 350.00 |
| | Bank transfer | XXXXX1   | 111900659 | USD | 1,541.85 |

N O N  -  N E G O T I A B L E

```
    EMP #                                        E A R N I N G S    S T A T E M E N T
    10081568
Cost Center: 6100
```

```
Period Beginning:   11-30-2024
Period Ending:      12-13-2024
Check Date:         12-20-2024
Pers. No            10081568
Apple ID:           274627
```

```
Jakub S Wintter
3400 Avenue of the Arts
Apt E320
Costa Mesa CA   92626
```

| | | |
|---|---|---|
| Total Net Pay | 1,916.85 | 51,281.54 |
| Total Work Hours for Pay Period | | 81.41 |

Direct Deposit                     1,541.85

```
Apple Inc.
One Apple Park Way
Cupertino            CA  95014                      Check Date:12-20-2024
Phone 800-473-7411
```

T H I S   I S   N O T   A   C H E C K

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | Amount |
|---|---|---|---|---|
| | | | | N O N - N E G O T I A B L E |

```
    EMP #                                                    E A R N I N G S    S T A T E M E N T
    10081568
Cost Center: 6100
```

| | |
|---|---|
| Period Beginning: | 11-16-2024 |
| Period Ending: | 11-29-2024 |
| Check Date: | 12-06-2024 |
| Pers. No | 10081568 |
| Apple ID: | 274627 |

Jakub S Wintter
3400 Avenue of the Arts
Apt E320
Costa Mesa CA   92626

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Holiday Pay | 34.57 | 16.00 | 553.12 | 2,927.68 |
| Vacation | | | | 5,667.84 |
| Sick Pay | | | | 2,387.28 |
| Regular | 34.57 | 40.00 | 1,382.80 | 54,070.87 |
| Overtime | 51.87 | 0.89 | 46.16 | 2,947.20 |
| Double Time | | | | 38.26 |
| Holiday Worked - 1 | | | | 791.52 |
| Overtime - Holiday | | | | 14.84 |
| Fitness Reimbursem | | | | 299.99 |
| AHA Reimbursement | | | 23.08 | 577.00 |
| RSU Net Due Employ | | | | 405.77 |
| Winter Shutdown | | | | 791.52 |
| Special Time Away | 34.57 | 24.00 | 829.68 | 829.68 |
| **Gross Pay** | | | **2,834.84** | **71,749.53** |

| Tax Deductions: Federal | | |
|---|---|---|
| Withholding Tax | 253.30- | 7,582.23- |
| EE Social Security Tax | 163.48- | 4,438.72- |
| EE Medicare Tax | 38.24- | 1,038.09- |
| Tax Deductions: California | | |
| Withholding Tax | 96.71- | 3,070.06- |
| EE Voluntary Disabilit | 29.17- | 804.16- |

Additional Deductions

| | | |
|---|---|---|
| *Health Insurance | 125.86- | 1,399.26- |
| *Dental Insurance | 28.90- | 412.42- |
| *Vision | 1.44- | 36.00- |
| *LTDI Buy Up | 3.48- | 83.64- |
| *Health Savings Account | 19.23- | 480.75- |
| *Trad 401(k) Contribution 6.00 | 168.71- | 4,228.01- |
| RSU Tax Offset | | 1,255.98 |
| Dependent Life Insurance | 1.54- | 9.24- |
| Post-Tax Supp Life | 3.12- | 58.24- |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| HSA Apple Contri | | 1,125.00 |
| RSU Vesting | | 3,040.05 |
| RSU Dividend Equ | | 24.80 |
| Mobility FICA | | 3,064.85 |
| EE GTLI Taxable | 3.90 | 92.70 |
| Apple Service | | 79.99 |
| RSU FICA Exempt | | 3,064.85 |
| 401(k) Apple Mat | 168.71 | 4,228.01 |

| Quota Summary | Used | Earned | Balance |
|---|---|---|---|
| Vacation | 0.00 | 161.85 | 161.85 |
| Sick | 0.00 | 291.80 | 291.80 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 25.00 |
| Direct Deposit | 350.00 |
| Direct Deposit | 1,526.66 |

| | |
|---|---|
| Fed taxable wages-Current | 2,468.04 |
| Fed taxable wages-YTD | 67,364.22 |

*Excluded from Federal Taxable Wages

Apple Inc.
One Apple Park Way
Cupertino          CA  95014                    Check Date:12-06-2024
Phone 800-473-7411

T H I S   I S   N O T   A   C H E C K

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| | Bank transfer | XXXXX814 | 124085066 | USD | 25.00 |
| | Bank transfer | XXXXX936 | 111000025 | USD | 350.00 |
| | Bank transfer | XXXXX1 | 111900659 | USD | 1,526.66 |

N O N - N E G O T I A B L E

```
EMP #                                           E A R N I N G S    S T A T E M E N T
   10081568
Cost Center: 6100
```

| | |
|---|---|
| Period Beginning: | 11-16-2024 |
| Period Ending: | 11-29-2024 |
| Check Date: | 12-06-2024 |
| Pers. No | 10081568 |
| Apple ID: | 274627 |

Jakub S Wintter
3400 Avenue of the Arts
Apt E320
Costa Mesa CA  92626

```
Total Net Pay                        1,901.66      49,364.69

Total Work Hours for Pay Period                       40.89
```

```
Apple Inc.
One Apple Park Way
Cupertino              CA  95014              Check Date: 12-06-2024
Phone 800-473-7411
```

T H I S   I S   N O T   A   C H E C K

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | Amount |
|---|---|---|---|---|
| | | | | N O N - N E G O T I A B L E |

```
   EMP #                                          E A R N I N G S   S T A T E M E N T
    10081568
Cost Center: 6100
```

```
Period Beginning:   11-02-2024
Period Ending:      11-15-2024
Check Date:         11-22-2024
Pers. No            10081568
Apple ID:           274627

Jakub S Wintter
3400 Avenue of the Arts
Apt E320
Costa Mesa CA   92626
```

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Holiday Pay | | | | 2,374.56 |
| Vacation | | | | 5,667.84 |
| Sick Pay | | | | 2,387.28 |
| Regular | 34.57 | 80.00 | 2,765.60 | 52,688.07 |
| Overtime - 150% | 51.86 | 1.62 | 84.01 | 2,901.12 |
| Double Time - 200% | | | | 38.26 |
| Holiday Worked - 1 | | | | 791.52 |
| Overtime - Holiday | | | | 14.84 |
| Fitness Reimbursem | | | | 299.99 |
| AHA Reimbursement | | | 23.08 | 553.92 |
| RSU Net Due Employ | | | | 405.77 |
| Winter Shutdown | | | | 791.52 |
| **Gross Pay** | | | **2,872.69** | **68,914.69** |

| Tax Deductions: Federal | | |
|---|---|---|
| Withholding Tax | 261.13- | 7,328.93- |
| EE Social Security Tax | 165.83- | 4,275.24- |
| EE Medicare Tax | 38.78- | 999.85- |
| Tax Deductions: California | | |
| Withholding Tax | 99.84- | 2,973.35- |
| EE Voluntary Disabilit | 29.59- | 774.99- |

| Additional Deductions | | |
|---|---|---|
| *Health Insurance | 125.86- | 1,273.40- |
| *Dental Insurance | 28.90- | 383.52- |
| *Vision | 1.44- | 34.56- |
| *LTDI Buy Up | 3.48- | 80.16- |
| *Health Savings Account | 19.23- | 461.52- |
| *Trad 401(k) Contribution 6.00 | 170.98- | 4,059.30- |
| RSU Tax Offset | | 1,255.98 |
| Dependent Life Insurance | 1.54- | 7.70- |
| Post-Tax Supp Life | 3.12- | 55.12- |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| HSA Apple Contri | | 1,125.00 |
| RSU Vesting | | 3,040.05 |
| RSU Dividend Equ | | 24.80 |
| Mobility FICA | | 3,064.85 |
| EE GTLI Taxable | 3.90 | 88.80 |
| Apple Service | | 79.99 |
| RSU FICA Exempt | | 3,064.85 |
| 401(k) Apple Mat | 170.98 | 4,059.30 |

| Quota Summary | Used | Earned | Balance |
|---|---|---|---|
| Vacation | 0.00 | 155.08 | 155.08 |
| Sick | 0.00 | 288.10 | 288.10 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 25.00 |
| Direct Deposit | 350.00 |
| Direct Deposit | 1,547.97 |

| | |
|---|---|
| Fed taxable wages-Current | 2,503.62 |
| Fed taxable wages-YTD | 64,896.18 |

*Excluded from Federal Taxable Wages

```
Apple Inc.
One Apple Park Way
Cupertino         CA  95014                    Check Date: 11-22-2024
Phone 800-473-7411
```

T H I S   I S   N O T   A   C H E C K

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| | Bank transfer | XXXXX814 | 124085066 | USD | 25.00 |
| | Bank transfer | XXXXX936 | 111000025 | USD | 350.00 |
| | Bank transfer | XXXXX1 | 111900659 | USD | 1,547.97 |

N O N - N E G O T I A B L E

```
EMP #                                              E A R N I N G S    S T A T E M E N T
   10081568
Cost Center: 6100
```

| | |
|---|---|
| Period Beginning: | 11-02-2024 |
| Period Ending: | 11-15-2024 |
| Check Date: | 11-22-2024 |
| Pers. No | 10081568 |
| Apple ID: | 274627 |

Jakub S Wintter
3400 Avenue of the Arts
Apt E320
Costa Mesa CA  92626

```
Total Net Pay                          1,922.97      47,463.03


Total Work Hours for Pay Period                         81.62
```

```
Apple Inc.
One Apple Park Way
Cupertino             CA  95014              Check Date:11-22-2024
Phone 800-473-7411
```

T H I S   I S   N O T   A   C H E C K

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | Amount |
|---|---|---|---|---|
| | | | | N O N - N E G O T I A B L E |

```
    EMP #                                        E A R N I N G S     S T A T E M E N T
    10081568
Cost Center: 6100
```

```
Period Beginning:
Period Ending:
Check Date:          11-15-2024
Pers. No             10081568
Apple ID:            274627
```

```
Jakub S Wintter
3400 Avenue of the Arts
Apt E320
Costa Mesa CA   92626
```

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Holiday Pay | | | | 2,374.56 |
| Vacation | | | | 5,667.84 |
| Sick Pay | | | | 2,387.28 |
| Regular | | | | 49,922.47 |
| Overtime - 150% | | | | 2,817.11 |
| Double Time - 200% | | | | 38.26 |
| Holiday Worked - 1 | | | | 791.52 |
| Overtime - Holiday | | | | 14.84 |
| Fitness Reimbursem | | | | 299.99 |
| AHA Reimbursement | | | | 530.84 |
| RSU Net Due Employ | | | | 405.77 |
| Winter Shutdown | | | | 791.52 |
| Gross Pay | | | | 66,042.00 |
| Tax Deductions: Federal | | | | |
|   Withholding Tax | | | | 7,067.80- |
|   EE Social Security Tax | | | | 4,109.41- |
|   EE Medicare Tax | | | | 961.07- |
| Tax Deductions: California | | | | |
|   Withholding Tax | | | | 2,873.51- |
|   EE Voluntary Disabilit | | | | 745.40- |
| Additional Deductions | | | | |
|   *Health Insurance | | | | 1,147.54- |
|   *Dental Insurance | | | | 354.62- |
|   *Vision | | | | 33.12- |
|   *LTDI Buy Up | | | | 76.68- |
|   *Health Savings Account | | | | 442.29- |
|   *Trad 401(k) Contribution | | | | 3,888.32- |
|   RSU Tax Offset | | | | 1,255.98 |
|   Dependent Life Insurance | | | | 6.16- |
|   Post-Tax Supp Life | | | | 52.00- |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| HSA Apple Contri | | 1,125.00 |
| RSU Vesting | | 3,040.05 |
| RSU Dividend Equ | | 24.80 |
| Mobility FICA | | 3,064.85 |
| EE GTLI Taxable | | 84.90 |
| Apple Service | | 79.99 |
| RSU FICA Exempt | | 3,064.85 |
| 401(k) Apple Mat | | 3,888.32 |

| Quota Summary | Used | Earned | Balance |
|---|---|---|---|
| Vacation | 0.00 | 155.08 | 155.08 |
| Sick | 0.00 | 288.10 | 288.10 |

Fed taxable wages-YTD          62,392.56

*Excluded from Federal Taxable Wages

```
Apple Inc.
One Apple Park Way
Cupertino              CA  95014              Check Date:11-15-2024
Phone 800-473-7411
```

T H I S   I S   N O T   A   C H E C K

Deposited to the account of:      Payment Type     Account No.   Bank/Check No.          Amount

N O N - N E G O T I A B L E

```
    EMP #                                         E A R N I N G S    S T A T E M E N T
    10081568
Cost Center: 6100
```

```
Period Beginning:
Period Ending:
Check Date:            11-15-2024
Pers. No               10081568
Apple ID:              274627
```

```
Jakub S Wintter
3400 Avenue of the Arts
Apt E320
Costa Mesa CA   92626
```

| Total Net Pay | 45,540.06 |
|---|---|

```
Apple Inc.
One Apple Park Way
Cupertino          CA   95014                    Check Date:11-15-2024
Phone 800-473-7411
```

T H I S   I S   N O T   A   C H E C K

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | Amount |
|---|---|---|---|---|
| | | | | N O N - N E G O T I A B L E |