**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No: 2:25-bk-10239-BB |
| CHRISTIAN JOSEPH WINTTER, and | Chapter 7 |
| JAKUB STEFUN WINTTER, | DECLARATION OF CHRISTIAN WINTTER IN REBUTTAL OF PRESUMPTION OF ABUSE |
| Debtors. | |

I, Christian Wintter, as follows:

1. I am a debtor in this case along with my husband, Jakub Wintter. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. The means test calculation includes six months of disability income that I am no longer receiving. My disability benefits expired in December of last year, and I have not received any income since that time.

3. Recently, Jakub and I relocated to Spain on a temporary basis. At this time, Jakub is able to continue working remotely in the same job he held before our move, but I am not working. Additionally, I do not have legal authorization to work in Spain. Even if I were to obtain work authorization in Spain, my employment opportunities would be extremely limited since I do not speak Spanish. Given these challenges, I have no reasonable prospects for earning income at this time and I have no way of contributing to our household income.

1

4. In order to facilitate our move to Spain, I had to take early withdrawals from our retirement savings. These withdrawals resulted in substantial tax liabilities, adding to our overall financial burden.

5. While our move to Spain was necessary for personal and financial reasons, our living situation remains uncertain, and we are still adjusting to the transition. Given our current financial instability and my inability to earn an income, a Chapter 13 repayment plan is not feasible for us now or in the foreseeable future.

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: March 9, 2025

_____
CHRISTIAN WINTTER

2