United States Bankruptcy Court

Central District of California

In re:                                                                                                                Case No. 25-10239-BB

Christian Joseph Wintter                                                               Chapter 7

Jakub Stefun Wintter

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-2                                          User: admin                                       Page 1 of 2

Date Rcvd: Mar 25, 2025                               Form ID: ustabus1                               Total Noticed: 15

The following symbols are used throughout this certificate:

**Symbol**          **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Christian Joseph Wintter, Jakub Stefun Wintter, 1110 N Virgil Ave #91817, Los Angeles, CA 90029-2016 |
| 42294149 | 3400 Avenue of the Arts, 3400 Avenue of the Arts, Costa Mesa, CA 92626-1927 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Mar 26 2025 00:56:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Mar 26 2025 00:56:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Mar 26 2025 00:55:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 42294150 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 26 2025 01:07:50 | Aidvantage / Department of Education, PO Box 300001, Greenville, TX 75403-3001 |
| 42294151 | | Email/PDF: bncnotices@becket-lee.com | Mar 26 2025 01:18:24 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 42294152 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 26 2025 00:56:00 | Bank of America, 100 N Tryon St, Charlotte, NC 28202-4036 |
| 42294153 | | Email/Text: BarclaysBankDelaware@tsico.com | Mar 26 2025 00:56:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 42294154 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 26 2025 01:06:56 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42294155 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 26 2025 01:06:55 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 42294156 | | Email/Text: BKBNCNotices@ftb.ca.gov | Mar 26 2025 00:56:00 | Franchise Tax Board, Personal Bankruptcy MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 42294157 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 26 2025 00:56:00 | Goldman Sachs / Apple Card, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 42294158 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 26 2025 00:56:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 42294159 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 26 2025 01:18:27 | Wells Fargo Card Services, PO Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 13

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 25, 2025 | Form ID: ustabus1 | Total Noticed: 15 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2025           Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Joint Debtor Jakub Stefun Wintter bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Christian Joseph Wintter bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| John J Menchaca (TR) | jmenchaca@menchacacpa.com igaeta@menchacacpa.com;ecf.alert+Menchaca@titlexi.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 4

Form abusecac1
(07/06)

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# CLERK'S NOTICE OF UNITED STATES TRUSTEE'S STATEMENT OF PRESUMED ABUSE

**DEBTOR(S) INFORMATION:**
Christian Joseph Wintter
**SSN:** xxx–xx–3453
**EIN:** N/A
Jakub Stefun Wintter
**SSN:** xxx–xx–5807
1110 N Virgil Ave #91817
Los Angeles, CA 90029–2016

**BANKRUPTCY NO.** 2:25–bk–10239–BB
**CHAPTER** 7

The United States Trustee has reviewed all materials filed by the Debtor and has determined that the Debtor's case is presumed to be an abuse under Section 707(b).

As required by 11 U.S.C. Section 704(b)(2) the United States Trustee shall, not later than 30 days after the date of this statement's filing, either file a motion to dismiss or convert under 11 U.S.C. Section 707(b) or file a statement setting forth the reasons United States Trustee does not consider such a motion to be appropriate. Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Section 707(b)(2)(B).

Dated: March 25, 2025

For the Court,

**Kathleen J. Campbell**
Clerk of Court

(Form rev. 07/06) abusecac1

**12 /**