Certificate Number: 14912-CAC-DE-039557788

Bankruptcy Case Number: 25-10239



14912-CAC-DE-039557788

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 15, 2025, at 3:06 o'clock PM EDT, Christian Wintter completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  April 15, 2025         By:    /s/Jai Bhatt

                              Name:  Jai Bhatt

                              Title: Counselor